AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER ELI GRESHAM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV6:15-86

DR. SHARON LEWIS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of February 17, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court.

Judgment is entered DISMISSING Plaintiff's action, and this case stands CLOSED.



| 02/17/2016 | Scott L. Poff |
|---|---|
| Date | Clerk |

_____
(By) Deputy Clerk

GAS Rev 10/1/03